# Exhibit B

(Letter of December 19, 2017)



# CASTLE LAW GROUP
A PROFESSIONAL CORPORATION

December 19, 2017

Mr. Michael Calabro
253 Shadow Glen Court
Gaithersburg, MD 20878

**RE:   Your case**

Dear Mr. Calabro,

Your email was forwarded to me. On August 22, 2016, you signed an engagement agreement with Castle Law Group to seek the cancelation of Timeshare contracts you have with Diamond Resorts International. Because you decided you did not like the fact the law firm could decide whether your case had necessary merit for litigation, you did not supply us the documents necessary for this firm to complete the engagement. In your email, you admit this fact.

In legal terms, your deliberate action frustrated the purpose of the contract.

You do not get to make it impossible for the firm to complete of the agreement, then complain and demand a refund. You are in violation of section 2 of the engagement agreement, which requires you to provide us with all relevant documents so we can do our job.

If you wish to submit the documents, we will consider a new engagement agreement with you.

Sincerely,

Judson Phillips
Castle Law Group

Castle Law Group, P.C.
2 International Plaza, Suite 900, Nashville, TN 37217