```
_____ FILED      _____ ENTERED
_____ LOGGED     _____ RECEIVED
```

Judson Phillips
Email: Judson.Phillips.Litigation@gmail.com

NOV - 9 2020

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

November 4, 2020

BY _____ DEPUTY

Clerk's Office United States District Court for Maryland Southern Division
101 West Lombard Street
Baltimore, MD 21201

Dear Sir/Ma'am,

Enclosed, please find the motion to dismiss and memorandum of law that Judge Grimm directed me to file.[1] Please this motion and memorandum in this matter.

Sincerely,

*[signature]*
Judson Phillips

---

[1] See Letter Order of October 22, 2020.