# Exhibit 1

## DIAMOND RESORTS CORPORATION: D04417598

 **Notice** 

Scheduled Maintenance

Please be aware of an ongoing scam in which newly registered businesses are being instructed to send additional payment in order to obtain a Certificate of Status. Any 3rd party solicitation from a company attempting to represent the 'Maryland Secretary of State' via mail or email should be fully vetted before submitting additional payment information.

Coronavirus (COVID-19) resources for businesses: https://businessexpress.maryland.gov/coronavirus

**Department ID Number:**
D04417598

**Business Name:**
DIAMOND RESORTS CORPORATION

**Principal Office:**
300 E LOMBARD ST.
BALTIMORE MD 21202-3219

**Resident Agent:**
NATIONAL REGISTERED AGENTS, INC. OF MD.
2405 YORK ROAD
SUITE 201
LUTHERVILLE TIMONIUM MD 21093-2264

**Status:**
INCORPORATED

**Good Standing:**
THIS BUSINESS IS IN GOOD STANDING

**Business Type:**
CORPORATION

**Business Code:**
03 ORDINARY BUSINESS - STOCK

**Date of Formation/ Registration:**
05/28/1996

**State of Formation:**
MD

**Stock Status:**
STOCK

**Close Status:**

NO