IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| **MICHAEL CALABRO** | * |
| **Plaintiff,** | * |
| | * Case No.: 8:19-cv-02433-PWG |
| **v.** | * |
| | * |
| **CASTLE LAW GROUP, P.C., *et al.*** | * |
| **Defendants.** | * |

## ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss or in the Alternative, Motion to Compel Arbitration, and any responses and replies thereto, it is this _____day of _____, 2021,

ORDERED,

That Defendant's Motion to Dismiss or in the Alternative, Motion to Compel Arbitration is DENIED.

_____
The Honorable Paul W. Grimm