# Judson Phillips

Email: Judson.Phillips.Litigation@gmail.com

January 5, 2021

Clerk's Office
United States District Court for Maryland
Southern Division
6500 Cherrywood Lane
Greenbelt, MD 20770

Dear Sir/Ma'am,

Please file the enclosed reply brief in this matter.

Sincerely,

*[signature]*

Judson Phillips